## CATO v. STATE. (No. 5436.)

(Court of Criminal Appeals of Texas. Oct. 15, 1919.)

CRIMINAL LAW ⬤⇒1081—NECESSITY OF NOTICE OF APPEAL.

Notice of appeal is essential to jurisdiction of Court of Criminal Appeals.

Appeal from District Court, Ft. Bend County; Saml. J. Styles, Judge.

Will Cato was convicted of burglary, and he appeals. Dismissed.

C. I. McFarlane, of Richmond, for appellant.

E. A. Berry, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. Appellant was convicted of burglary, his punishment being assessed at two years' confinement in the penitentiary.

There is a statement of facts in the record accompanying the transcript, but the transcript does not contain notice of appeal. If notice of appeal was given and entered of record in the trial court, the record before us does not so show. Without this notice of appeal the jurisdiction of this court would not attach.

The appeal, therefore, will be dismissed.